UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNIFICATION TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 6:20-CV-501-ADA |

### JOINT MOTION TO DISMISS

Plaintiff Unification Technologies LLC ("Plaintiff") and Defendant HP Inc. ("Defendant") hereby move, pursuant to settlement agreement, for an order dismissing the claims and counterclaims in this case. To this end, Plaintiff and Defendant seek dismissal of the claims and counterclaims in this case WITH PREJUDICE, except inasmuch as the claims and counterclaims in this case involve, implicate, or are directed to solid-state drives and/or solid-state drive controllers made and/or sold by or on behalf of Intel Corporation, Kingston Technology Corporation, Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Phison Electronics Corporation, Silicon Motion Technology Corporation, and/or any of their respective affiliates, those claims and counterclaims (including all counterclaims relating to invalidity) should be dismissed WITHOUT PREJUDICE.

Plaintiff and Defendant ask, accordingly, that the Court enter the attendant Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

**Dated: April 27, 2021**

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ Edward R. Nelson III*<br>**Edward R. Nelson III**<br>State Bar No. 00797142<br>**Robert A. Delafield II**<br>State Bar No. 24065137<br>**Nelson Bumgardner Albritton PC**<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>817.377.9111 (telephone)<br>ed@nbafirm.com<br>bobby@nbafirm.com<br><br>**Timothy E. Grochocinski (*Pro Hac Vice*)**<br>Illinois State Bar No. 6295055<br>**Nelson Bumgardner Albritton PC**<br>15020 S. Ravinia Ave., Suite 29<br>Orland Park, Illinois 60462<br>708.675.1975 (telephone)<br>708.675.1786 (facsimile)<br>tim@nbafirm.com<br><br>**COUNSEL FOR PLAINTIFF**<br>**UNIFICATION TECHNOLOGIES LLC** | Respectfully submitted,<br><br>*/s/ Michael R. Rueckheim*<br>**Barry K. Shelton**<br>Texas State Bar No. 24055029<br>**SHELTON COBURN LLP**<br>311 RR 620, Suite 205<br>Austin, TX 78734-4775<br>bshelton@sheltoncoburn.com<br>(512) 263-2165 (Telephone)<br>(512) 263-2166 (Facsimile)<br><br>**Katherine Vidal** (*pro hac vice*)<br>State Bar No. 194971<br>KVidal@winston.com<br>**Michael R. Rueckheim**<br>State Bar No. 24081129<br>MRueckheim@winston.com<br>**WINSTON & STRAWN LLP**<br>275 Middlefield Road, Suite 205 Menlo Park, CA 94025 Telephone: (650) 858-6500<br>Facsimile: (650) 858-6559<br><br>**Vivek V. Krishnan** (pro hac vice)<br>VKrishnan@winston.com<br>**WINSTON & STRAWN LLP**<br>35 W. Wacker Drive Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>**COUNSEL FOR DEFENDANT**<br>**HP INC.** |

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5(b)(1), I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 27th day of April, 2021.

*/s/ Edward R. Nelson III*
