UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNIFICATION TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HP INC.,<br><br>    Defendant. | Case No. 6:20-CV-501-ADA |

## **ORDER OF DISMISSAL**

On this day, Plaintiff Unification Technologies LLC ("Plaintiff") and Defendant HP Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's counterclaims and defenses against Plaintiff asserted in this case, and the parties have, together, moved the Court pursuant to settlement agreement for an order dismissing their claims and counterclaims herein.

The Court, having considered their request, is of the opinion that the parties' Joint Motion to Dismiss should be granted. IT IS THEREFORE ORDERED that the claims and counterclaims in this case are dismissed WITH PREJUDICE, except that, inasmuch as the claims and counterclaims in this case involve, implicate, or are directed to solid-state drives and/or solid-state drive controllers made and/or sold by or on behalf of Intel Corporation, Kingston Technology Corporation, Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Phison Electronics Corporation, Silicon Motion Technology Corporation, and/or any of their respective affiliates, such claims and counterclaims (including all counterclaims relating to invalidity) are hereby dismissed WITHOUT PREJUDICE instead.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 29th day of April 2021.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE